Psychmetrics Med., P.C. v State Farm Mut. Ins. Co. (2020 NY Slip Op
50940(U))

[*1]

Psychmetrics Med., P.C. v State Farm Mut. Ins. Co.

2020 NY Slip Op 50940(U) [68 Misc 3d 129(A)]

Decided on August 14, 2020

Appellate Term, Second Department

Published by New York State Law Reporting Bureau
pursuant to Judiciary Law § 431.

This opinion is uncorrected and will not be
published in the printed Official Reports.

Decided on August 14, 2020
SUPREME COURT, APPELLATE TERM, SECOND
DEPARTMENT, 2d, 11th and 13th JUDICIAL DISTRICTS
PRESENT: : THOMAS P. ALIOTTA, P.J., MICHELLE WESTON, WAVNY
TOUSSAINT, JJ

2018-1947 Q C

Psychmetrics Medical, P.C., as Assignee of
Galina Laishevtseva, Appellant,
against
State Farm Mutual Insurance Co., Respondent.

Law Office of David O'Connor, LLC (David O'Connor of counsel), for appellant.
Rivkin Radler, LLP (Stuart M. Bodoff and Cheryl F. Korman of counsel), for respondent.

Appeal from an order of the Civil Court of the City of New York, Queens County (Phillip
Hom, J.), entered May 29, 2018. The order granted the branch of defendant's motion seeking to
dismiss the complaint on the ground of laches.

ORDERED that the order is reversed, without costs, the branch of defendant's motion
seeking to dismiss the complaint on the ground of laches is denied, and the matter is remitted to
the Civil Court for a determination of the remaining branches of defendant's motion.
Insofar as is relevant to the appeal in this action by a provider to recover assigned first-party
no-fault benefits, defendant moved to, among other things, dismiss the complaint on the ground
of laches, based on plaintiff's delay in prosecuting the action. The Civil Court granted this branch
of defendant's motion and found that the remaining branches of the motion were moot. 
For the reasons stated in Rockaway
Med. & Diagnostic, P.C. v State Farm Mut. Ins. Co. (66 Misc 3d 147[A], 2020 NY
Slip Op 50238[U] [App Term, 2d Dept, 2d, 11th & 13th Jud Dists 2020]), the order is
reversed, the branch of defendant's motion seeking to dismiss the complaint on the ground of
laches is denied, and the matter is remitted to the Civil Court for a determination of the
remaining branches of defendant's motion.
ALIOTTA, P.J., WESTON and TOUSSAINT, JJ., concur.
ENTER:
Paul Kenny
Chief Clerk
Decision Date: August 14, 2020